The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WENDY VALENTINE, individually, | CASE NO. 2:19-CV-01394-RSM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TRIAL DATE AND RELATED DEADLINES |
| v. | |
| LIFEMAP ASSURANCE COMPANY, a foreign corporation, | |
| Defendant. | |

COME NOW the parties hereto, by and through their attorneys of record, and hereby stipulate as follows:

**STIPULATION**

Pursuant to LCR 10(g), the parties to the above-captioned matter hereby stipulate and jointly request that the Court extend the trial date and related deadlines. The parties accordingly request that the Court amend the October 22, 2019 Order Setting Trial Date and Related Dates, Dkt. 8, to continue the trial date in 2021 that is agreeable to the Court, with related deadlines advanced at roughly the same interval, adjusted for weekends and holidays.

This stipulation is brought forth by good cause and not for purposes of delay. The parties have not previously requested an extension of the trial date and they are actively working on settlement and will provide an update to the Court accordingly, but not later than 30 days from this filing.

STIPULATION AND ORDER TO EXTEND TRIAL DATE AND RELATED DEADLINES - 1
#1345425 v1 / 43004-065

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1  Pursuant to PCLR 40(g)(2)(B), the undersigned counsel certifies that we have discussed this stipulation and the basis for this stipulation with our clients and agree to the motion to continue.

The parties respectfully move the Court to continue the trial date from November 16, 2020 (which has already been extended by the Court's General Order 15-20 for in-person proceedings) to a date convenient to the Court in 2021. The parties further stipulate that the Court adjust all other court deadlines accordingly.

Respectfully submitted this 16th day of October, 2020.

/s/Medora A. Marisseau
Medora A. Marisseau, WSBA No. 23114
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
Email:  MMarisseau@karrtuttle.com
*Attorney for Defendant LifeMap Assurance Company*

/s/Elizabeth LePley
Elizabeth LePley, WSBA No. 40667
Lehmbecker Law Firm
400 108th Ave NE, Suite 500
Bellevue, WA 98005
Telephone: (425) 455-3186
Facsimile: (425) 454-5832
Email: elepley@lehmlaw.com
*Attorney for Plaintiff*

STIPULATION AND ORDER TO EXTEND TRIAL DATE AND RELATED DEADLINES - 2
#1345425 v1 / 43004-065

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## **ORDER**

This matter having come before the Court by Stipulation entered by Plaintiff Wendy Valentine and Defendant Lifemap Assurance Company:

IT IS HEREBY ORDERED that the trial date of November 16, 2020 and related pretrial deadlines shall be continued and the court will issue a new scheduling order within 30 days.

IT IS SO ORDERED this 19th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/Medora A. Marisseau*
Medora A. Marisseau, WSBA No. 23114
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: MMarisseau@karrtuttle.com
*Attorney for Defendant LifeMap Assurance Company*

*/s/Elizabeth LePley*
Elizabeth LePley, WSBA No. 40667
Lehmbecker Law Firm
400 108th Ave NE, Suite 500
Bellevue, WA 98005
Telephone: (425) 455-3186
Facsimile: (425) 454-5832
Email: elepley@lehmlaw.com
*Attorney for Plaintiff*

STIPULATION AND ORDER TO EXTEND TRIAL DATE
AND RELATED DEADLINES - 3
#1345425 v1 / 43004-065

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**CERTIFICATE OF SERVICE**

I, Jan Likit, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98101. On this day, I caused to be filed with King County Superior Court a true and correct copy of the foregoing document by using the Court's electronic filing system. I caused the same to be served on the parties listed below in the manner indicated.

| | |
|---|---|
| Elizabeth LePley, WSBA No. 40667<br>Lehmbecker Law Firm<br>400 108th Ave NE, Suite 500<br>Bellevue, WA 98005<br>Telephone: (425) 455-3186<br>Facsimile: (425) 454-5832<br>Email: elepley@lehmlaw.com<br>*Attorney for Plaintiff* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Dated this 16th day of October, 2020, at Seattle, Washington.

*/s/ Jan Likit*
Jan Likit
Litigation Legal Assistant

STIPULATION AND ORDER TO EXTEND TRIAL DATE AND RELATED DEADLINES - 4
#1345425 v1 / 43004-065

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100