The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| WENDY VALENTINE, individually, <br><br> Plaintiff, <br><br> v. <br><br> LIFEMAP ASSURANCE COMPANY, a foreign corporation, <br><br> Defendant. | CASE NO. 2:19-CV-01394-RSM <br><br> STIPULATION AND ORDER OF DISMISSAL |

Plaintiff Wendy Valentine and Defendant LifeMap Assurance Company hereby stipulate and agree that this matter can and should be dismissed with prejudice and without any award of costs or attorney's fees to either party.

Dated this 18th day of February, 2021.

*/s/Elizabeth LePley*
Elizabeth LePley, WSBA No. 40667
Lehmbecker Law Firm
400 108th Ave NE, Suite 500
Bellevue, WA 98005
Telephone: (425) 455-3186
Facsimile: (425) 454-5832
Email: elepley@lehmlaw.com
*Attorney for Plaintiff*

*/s/Medora A. Marisseau*
Medora A. Marisseau, WSBA# 23114
KARR TUTTLE CAMPBELL

STIPULATION AND ORDER OF DISMISSAL - 1
#1514931 v1 / 43004-065

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | |
|---|---|
| 1 | |
| 2 | 701 Fifth Avenue, Suite 3300 |
| | Seattle, WA 98104 |
| 3 | Telephone: 206-223-1313 |
| | Facsimile: 206-682-7100 |
| 4 | Email: MMarisseau@karrtuttle.com |
| | *Attorney for Defendant LifeMap Assurance Company* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION AND ORDER OF DISMISSAL - 2
#1514931 v1 / 43004-065

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**ORDER**

This matter having come before the Court upon the above stipulation for dismissal, and the Court being fully advised, now, therefore;

It is hereby ORDERED that all claims in this lawsuit are hereby DISMISSED with prejudice and without costs.

Dated this 22nd day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

*/s/Elizabeth LePley*
Elizabeth LePley, WSBA No. 40667
Lehmbecker Law Firm
400 108th Ave NE, Suite 500
Bellevue, WA 98005
Telephone: (425) 455-3186
Facsimile: (425) 454-5832
Email: elepley@lehmlaw.com
*Attorney for Plaintiff*

*/s/Medora A. Marisseau*
Medora A. Marisseau, WSBA# 23114
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: MMarisseau@karrtuttle.com
*Attorney for Defendant LifeMap Assurance Company*

STIPULATION AND ORDER OF DISMISSAL - 3
#1514931 v1 / 43004-065

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## CERTIFICATE OF SERVICE

I, Jan Likit, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98101. On this day, I caused to be filed with the court a true and correct copy of the foregoing document. I caused the same to be served on the parties listed below in the manner indicated.

| Party | Method |
|---|---|
| Elizabeth LePley<br>Lehmbecker Law Firm<br>400 108th Ave NE, Suite 500<br>Bellevue, WA 98005<br>elepley@lehmlaw.com<br>*Attorney for Plaintiff* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☐ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Executed on this 18th day of February, 2021, at Seattle, Washington.

*/s/Jan Likit*
Jan Likit
Litigation Legal Assistant

STIPULATION AND ORDER OF DISMISSAL - 4
#1514931 v1 / 43004-065

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100